FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

02/9/2015 4:45:43 PM

KEITH E. HOTTLE
Clerk

# EXHIBIT A

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "CHRYSLER GROUP LLC", CHANGING ITS NAME FROM "CHRYSLER GROUP LLC" TO "FCA US LLC", FILED IN THIS OFFICE ON THE THIRD DAY OF DECEMBER, A.D. 2014, AT 12:47 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FIFTEENTH DAY OF DECEMBER, A.D. 2014.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 1917034

DATE: 12-03-14

4681266 8100

141480355

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 12:53 PM 12/03/2014*
*FILED 12:47 PM 12/03/2014*
*SRV 141480355 - 4681266 FILE*

## STATE OF DELAWARE

## CERTIFICATE OF AMENDMENT OF THE

## CERTIFICATE OF FORMATION

1. Name of Limited Liability Company:   **Chrysler Group LLC**

2. Article 1 of the Certificate of Formation of the limited liability company is hereby amended in its entirety as follows:

   "1. **Name.** The name of the limited liability company is hereby FCA US LLC (the "Company")."

3. The effective date of this Certificate of Amendment to the Certificate of Formation is **December 15, 2014.**

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 3rd day of December , 2014.

Chrysler Group LLC

By: _____
Marjorie H. Loeb,
Secretary